# Dean Stowers

| | |
|---|---|
| **From:** | Dean Stowers |
| **Sent:** | Wednesday, January 11, 2023 8:55 PM |
| **To:** | Ralph, Carla (USAIAS) |
| **Cc:** | Shotwell, Mikaela (USAIAS); Leemkuil, Ryan (USAIAS); Klinefeldt, Nicholas A. |
| **Subject:** | RE: US v Williams  4:22-cr-199 |

All,

I have been busy on a couple other things since writing my short reply on the request concerning the stipulation.

Probably the best thing we can do is have either an in person or phone/zoom conference to discuss each of our concerns tomorrow. My main concerns relate to some of the "out" provisions that allow the government to unilaterally withhold discovery and the fact that this case is likely to involve some discovery issues that might not be typical.  There have been some bad examples of people in your office not producing things until eve of trial or after, and justifying it by reference to the order.  The order is like a block of swiss cheese with lots of holes for the government to point to if discovery is not produced.

If you do not intend to withhold anything, that would be helpful to know.  This seems not a case for withholding anything, including grand jury.  Since you should be preparing the discovery now, that should be disclosable.  And, without looking, my recollection is the order would require notice that you are withholding, but that never happens.  I do not want to sign the stipulation assuming you will not withhold or will disclose what you are intending to withhold if you plan to withhold and not disclose that you are withholding.

I have to read the stipulation further, but we can discuss that all as a group since we are required to confer on any discovery issues.

I have time between noon and 2:30 tomorrow.

West Glen Town Center
Stowers & Nelsen, PLC
650 South Prairie View Drive, Suite 130
West Des Moines, Iowa 50266

Phone: (515) 224-7446
FAX (515) 225-6215

Email: dean@stowersnelsen.com
Website: www.stowersnelsen.com

Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Dean Stowers <dean@stowersnelsen.com>
Date: 1/6/23 8:19 PM (GMT-06:00)
To: "Ralph, Carla (USAIAS)" <Carla.Ralph@usdoj.gov>
Cc: "Shotwell, Mikaela (USAIAS)" <Mikaela.Shotwell@usdoj.gov>, "Leemkuil, Ryan (USAIAS)" <Ryan.Leemkuil@usdoj.gov>, "Thomas, Dawn (USAIAS)" <Dawn.Thomas@usdoj.gov>
Subject: RE: US v Williams 4:22-cr-199



EXHIBIT
A

Thanks. For the time being, we would appreciate the government complying with the court's order to produce the requested Rule 16 discovery. Thank you.

Dean Stowers
Attorney at Law
West Glen Town Center
Stowers & Nelsen, PLC
650 South Prairie View Drive, Suite 130
West Des Moines, Iowa 50266

Phone: (515) 224-7446
FAX (515) 225-6215

Email: dean@stowersnelsen.com
Website: www.stowersnelsen.com

Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Ralph, Carla (USAIAS)" <Carla.Ralph@usdoj.gov>
Date: 1/5/23 12:31 PM (GMT-06:00)
To: Dean Stowers <dean@stowersnelsen.com>
Cc: "Shotwell, Mikaela (USAIAS)" <Mikaela.Shotwell@usdoj.gov>, "Leemkuil, Ryan (USAIAS)" <Ryan.Leemkuil@usdoj.gov>, "Thomas, Dawn (USAIAS)" <Dawn.Thomas@usdoj.gov>
Subject: US v Williams 4:22-cr-199


Counsel


Attached please find a copy of the proposed Stipulated Discovery Order. Please sign and return to me for filing with the court. We will advise when discovery materials are available.



**Carla Ralph**
**Paralegal Specialist**
**U.S. Attorney's Office**
**Southern District of Iowa**

110 E. Court Avenue, Suite 286
Des Moines, Iowa 50309
Direct phone: (515) 473-9261

Cell phone: (515) 360-0078
E-mail: carla.ralph@usdoj.gov

This email and any files transmitted with it may contain privileged or confidential information. If you are not the intended recipient of this information, the disclosure, copying, distribution or taking of any action in reliance on this information is strictly prohibited and may be unlawful. If you think you may not be the intended recipient, please notify the sender immediately.