Case 4:22-cr-00199-SHL-HCA   Document 83-2   Filed 02/10/23   Page 1 of 1

## Dean Stowers

**From:** Dean Stowers
**Sent:** Thursday, January 12, 2023 9:08 AM
**To:** Shotwell, Mikaela (USAIAS); Leemkuil, Ryan (USAIAS); Klinefeldt, Nicholas A.
**Subject:** RE: US v Williams 4:22-cr-199

I wanted to furnish the authority for you on our entitlement to copies of Rule 16 materials in case you were questioning that in advance of our discussion. If you have different authority, please furnish it.

In United States v. Jeffers, 570 F.3d 557, 571–72 (4th Cir. 2009) the court made it clear with respect to copies--

> Rule 16(a)(1)(E) mandates that, "[u]pon a defendant's request, the government must permit the defendant to inspect and to copy or photograph" certain specified materials. Jeffers claims that, in response to his Rule 16 request, the prosecution prepared a binder that "containing all information regarding the numerous controlled buys that make up the heart of the Government's evidence in this case." Br. of Appellant 54. The prosecution, however, refused to provide a copy of the binder's contents to Jeffers's lawyers, notwithstanding repeated requests. Instead, Jeffers was merely allowed to have his lawyers inspect the binder's contents and, even then, the lawyers had to conduct their inspection in the United States Attorney's office. The prosecution maintains, in response, that it had an "open file" policy with respect to Rule 16, but "[i]n recognition of the sensitive nature of many of these documents," would not allow all documents to be copied. Br. of Appellee 69. According to the prosecution, it utilized a "case-by-case" method, under which it was willing to consider Jeffers's request to copy specific documents. *Id.*
>
> Put simply, the prosecution failed to comply with its obligations under Rule 16. The Rule's mandatory language is unambiguous; the prosecution "*must* permit the defendant to inspect *and to copy*." Fed.R.Crim.P. 16(a)(1)(A) (emphasis added). Such a failure to comply with Rule 16 was unwarranted and inconsistent with the obligations of the United States Attorney.

Thank you. I look forward to getting to discuss this with you all.

Dean Stowers
West Glen Town Center
650 S. Prairie View Drive, Suite 130
West Des Moines, Iowa 50266

Phone: (515) 224-7446
FAX: (515) 225-6215

Email: dean@stowersnelsen.com
Website: www.stowerslaw.com



EXHIBIT B