IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAMS,<br><br>      Defendant. | Case No. 22-CR-199<br><br><br><br>**DEFENDANT WILLIAMS' MOTION TO QUASH, TO RETURN, AND TO SUPPRESS (Hearing Requested)** |

Defendant Williams moves to Quash, to Return and to Suppress as to the December 7, 2022, Facebook and Yahoo warrants, stating:

1.      These warrants were issued on December 7, 2022. The warrant files remain under seal, and should be unsealed for defense counsel without further delay. Additional issues may present upon proper disclosure.

2.      The warrants as shown to the defense in discovery, and as best as we are able to reassemble, are defective and illegal as explained in the attached supporting brief.

3.      An evidentiary hearing will be necessary to sort through the issues presented. Testimony from Government personnel involved in the obtainment of these warrants, their issuance, and their manner of execution, as well as the practice of the Government is necessary in determining the appropriate remedy.

WHEREFORE, Defendant moves to Quash the Warrants, to Return what has been obtained pursuant to the warrants, and to Suppress.

/s/ Dean Stowers
Dean Stowers
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: dean@stowersnelsen.com
ATTORNEY FOR DEFENDANT
Robert Williams

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Copies to:

Ryan Wade Leemkuil
Mikaela J. Shotwell
Nick Klinefeldt
Rachel A. Yaggi