# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

September 13th, 2020

Williams Contracting LLC
3091 370th Street
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the M-60-E-3, .308 (Full Auto) Machinegun, manufactured by John's Guns 8097 N. Lima Rd. Poland, OH to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department in special operations and patrol biased on its price and availability.

Respectfully,

*Bradley Wendt*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT 1   4:22-CR-199

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

October 19, 2020

Williams Contracting LLC
███████ ███
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the (1) UMP 40, 40S&W (Full Auto) Machinegun, manufactured by HECKLER & KOCH, (1) FSL, .308 manufactured by D.S. ARM INC, (1) HK33KA3, .223 manufactured by HECKLER & KOCH, and (1) RMH 1950, 9mm manufactured by DANSK INDUSTRI-SYNDIKAT, to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of FOUR (4) machineguns to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department in special operations and patrol biased on its price and availability.

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department

# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman

City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes

Jeremy Gettler

April 1, 2021

Williams Contracting LLC
███ ███ ███
Manning Iowa 51455

Dear BW outfitters,

I am writing to request a formal demonstration of the 1919-A4 (Full Auto) 30-06 Machinegun, manufactured by CCARMS to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

# CITY OF ADAIR
## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – John Larsen | Rick Stanley   Craig Wedemeyer |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| | |
| City Attorney  John Fisher | Jeremy Gettler |
| City Advisor  Clint Fichter | |

April 1, 2021

**Williams Contracting LLC**
▋▋ ▋▋▋▋▋▋▋▋
**Manning Iowa 51455**

**Dear BW outfitters,**

I am writing to request a formal demonstration of the BALIOS-LITE (Full Auto) 5.56mm Machinegun, manufactured by ELITE Firearms to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

**April 19, 2021**

**Williams Contracting, LLC**
████████
**Manning IA, 51455**

**Dear Williams Contracting, LLC,**

I am writing to request a formal demonstration of the PPSH-41 (Full Auto) 7.62x25 Machinegun, manufactured by CCARM to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 21, 2021

Williams Contracting LLC
████ ███ █
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the Sporter (Full Auto) 7.62mm Machinegun, manufactured by IO Inc to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 28, 2021

**Williams Contracting LLC**
███ ██ ███
**Manning Ia, 51455**

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the

IO INC

Model: Sporter

Caliber: 7.62X39

Manufacturer: Grain Sporting Goods LLC/GRAIN SG
to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate. The Adair Police Department consists of 4 certified law enforcement officers, with full arrest powers in the state of Iowa.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

# CITY OF ADAIR
## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 28, 2021

Williams Contracting LLC
█████████
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the LAR-15 manufactured by One Shot Inc, 5.56mm to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The Adair Police Department consists of 4 certified law enforcement officers, with full arrest powers in the state of Iowa.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department