IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:22-CR-199 |
| v. | ) | |
| | ) | DISMISSAL |
| ROBERT ALLEN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Iowa hereby dismisses the Indictment in the above-captioned case as to Defendant Robert Allen Williams without prejudice.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:   /s/ *Mikaela J. Shotwell*
Mikaela J. Shotwell
Ryan W. Leemkuil
Assistant United States Attorneys

Shai D. Gonzales
Special Assistant U.S. Attorney

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov
Shai.Gonzales@usdoj.gov

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

_____        _____
Date        Hon. Stephen H. Locher
       United States District Judge