IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CR-199 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WILLIAMS | ) | DEFENDANT WILLIAMS' JOINDER |
| | ) | IN GOVERNMENT'S MOTION TO |
| Defendant. | ) | DISMISS |
| | ) | |

Defendant joins in the government's motion to dismiss and requests that the Court dismiss this matter without delay.

/s/ Dean Stowers
Dean Stowers
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: dean@stowersnelsen.com
ATTORNEY FOR DEFENDANT
Robert Williams

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Copies to:

Ryan Leemkuil
Mikaela Shotwell
Nick Klinefeldt
Rachel Yaggi